

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2017

No. 04-16-00024-CR

Hector **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8869
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file their brief is granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court